UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZAIDA HICKS and STEPHANIE VARGAS individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>L'OREAL USA, INC.,<br><br>Defendant. | Civil Action No.: 22-cv-1989-JPC<br><br>COMPLAINT FOR DAMAGES<br><br>DEMAND FOR JURY TRIAL |
| SONIA CAUCHI and STEPHANIE BRANTON individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>L'OREAL USA, INC.,<br><br>Defendant. | Civil Action No.: 22-cv-3926-JPC<br><br>COMPLAINT FOR DAMAGES<br><br>DEMAND FOR JURY TRIAL |

**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES AND EXTENDING TIME TO FILE A CONSOLIDATED AMENDED COMPLAINT**

WHEREAS, the matter of *Hicks v. L'Oreal USA, Inc.*, No. 22-cv-1989-JPC was filed on March 9, 2022;

WHEREAS, the related matter of *Cauchi v. L'Oreal USA, Inc.*, No. 22-cv-3926-JPC was filed on May 13, 2022;

WHEREAS, both matters contain substantially similar allegations and plead substantially similar causes of action;

WHEREAS, the matters share a common question of fact or law, as required by Fed. R. Civ. P. 42;

WHEREAS, Defendant L'Oreal USA, Inc. filed a motion to dismiss in the *Hicks* matter on June 24, 2022;

1

WHEREAS, Plaintiffs Zaida Hicks and Stephanie Vargas must file an opposition to the motion to dismiss on or before July 22, 2022;

WHEREAS, Defendant L'Oreal USA, Inc. has not yet moved to dismiss in the *Cauchi* matter but intends to do so;

WHEREAS, the plaintiffs in either matter have not yet amended their complaints as a matter of course;

NOW THEREFORE, it is hereby STIPULATED and AGREED that the above-captioned matter should be consolidated pursuant to Fed. R. Civ. P. 42(a), and that, if so, Plaintiffs shall file a consolidated amended complaint as a matter of course on or before August 23, 2022, and that Defendant shall respond by answer or pre-motion letter by September 13, 2022.

Dated: July 19, 2022

| | |
|---|---|
| James J. Bilsborrow<br>James J. Bilsborrow<br>Weitz & Luxenberg, PC<br>700 Broadway<br>New York, New York 10003<br><br>Christopher A. Seeger<br>Christopher A. Seeger<br>Jeff Grand<br>Christopher Ayers<br>Seeger Weiss LLP<br>55 Challenger Road<br>Ridgefield Park, NJ 07660<br><br>Sam Strauss<br>Sam Strauss<br>Raina Borrelli<br>Turke & Strauss LLP<br>613 Williamson St., Suite 201<br>Madison, Wisconsin 53703-3515<br><br>Charles Schaffer<br>Charles Schaffer<br>Levin, Fishbein, Sedran & Berman | Justin D. Lewis<br>Justin D. Lewis<br>Gordon Rees Scully &<br>Mansukhani, LLP<br>101 West Broadway, Suite 2000<br>San Diego, California 92101<br><br>*Counsel for Defendant* |

510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

<u>Justin P. Sultzer</u>
Justin P. Sultzer
The Sultzer Law Group
85 Civic Center Plaza
Suite 200
Poughkeepsie, New York 12601

*Counsel for Plaintiffs*

THE COURT, having considered the STIPULATION of the parties, orders that the above-captioned matters be consolidated pursuant to Fed. R. Civ. P. 42(a); that Plaintiffs shall file a consolidated amended complaint as a matter of course on or before August 23, 2022; and that Defendant shall respond by answer or pre-motion letter by September 13, 2022.

IT IS SO ORDERED.

_____
Hon. John P. Cronan