UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                      :

ZAIDA HICKS, individually and on behalf of all others  :
similarly situated,
                                        :

                      Plaintiffs,        :                  22 Civ. 1989 (JPC)
                                          :

         -v-                            :                     ORDER
                                          :

L'OREAL USA, INC.,                      :
                                          :

                    Defendant.     :
                                          :

------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Plaintiffs filed their original Complaint on March 9, 2022, Dkt. 1, and Defendant filed a motion to dismiss that Complaint on June 24, 2022, Dkt. 16.  Plaintiffs have now filed their First Amended Complaint, on August 23, 2022, Dkt. 25, rendering moot Defendant's motion to dismiss the original Complaint, which is no longer operative.  Defendant's deadline to answer the Amended Complaint or to file a pre-motion letter concerning a motion to dismiss the Amended Complaint is currently set for September 13, 2022.  Accordingly, Defendant's motion to dismiss the original Complaint, Dkt. 16, is denied without prejudice as moot.  The Clerk of Court is respectfully directed to close the motion pending at Docket Number 16.

      SO ORDERED.

Dated: August 31, 2022
      New York, New York                                          _____
                                                  JOHN P. CRONAN
                                          United States District Judge