# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZAIDA HICKS *et al*., individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>L'ORÉAL USA, INC.,<br><br>　　　　　　Defendant. | Case No. 1:22-cv-01989-JPC<br><br>**MOTION TO DISMISS CASE** |

　　　　PLEASE TAKE NOTICE that defendant L'Oréal USA, Inc., hereby moves to dismiss this case (1) pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction and (2) pursuant to Rule 12(b)(6) on grounds that the first amended complaint fails to plead a claim upon which relief can be granted.

//
//
//
//
//
//
//
//
//
//
//
//
//

1

2

Dated:  October 7, 2022                                             Respectfully submitted,

*s/ Justin D. Lewis*

Miles D. Scully\*
mscully@grsm.com
Justin D. Lewis
jlewis@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
101 W. Broadway, suite 2000
San Diego, California  92101
Tel.:  619-696-6700
Fax:  619-696-7124

Peter G. Siachos
psiachos@grsm.com
JoAnna M. Doherty
jmdoherty@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
18 Columbia Turnpike, suite 220
Florham Park, New Jersey  07932
Tel.:  973-549-2500
Fax:  973-377-1911

Attorneys for defendant
L'ORÉAL USA, INC.

\* *pro hac vice* app. forthcoming