```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/24/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZAIDA HICKS, *et al.*,

                Plaintiffs,

    -v-

L'OREAL U.S.A., INC., *et al.*,

                Defendants.

**ORDER**

22-CV-1989 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of Defendant's October 23, 2025 letter motion requesting an adjournment of the October 27, 2025 conference. ECF No. 98. The request is **GRANTED IN PART** and **DENIED IN PART**.

    The request for an adjournment is **GRANTED**. However, the undersigned is unavailable on the dates proposed. The Court will hold a conference on **November 25, 2025** at **11:30 a.m.** by telephone. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 558 854 401#).

    The Clerk of Court is respectfully directed to terminate the motion at ECF No. 98.

**SO ORDERED.**

Dated: October 24, 2025
       New York, New York

                                                            Henry J. Ricardo
                                                           United States Magistrate Judge