UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2025
```

ZAIDA HICKS, *et al.*,

                Plaintiffs,

-v-

L'OREAL U.S.A., INC., *et al.*,

                Defendants.

**ORDER**

22-CV-1989 (JPC) (HJR)
22-CV-3926 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    On November 25, 2025, the Court held a conference with the Parties to discuss the status of discovery. The Parties are directed to file a joint status report providing a further update on the status of discovery by **January 15, 2026.**

**SO ORDERED.**

Dated: November 25, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge