UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZAIDA HICKS, *et al.*,

                Plaintiffs,

    -v-

L'OREAL U.S.A., INC., *et al.*,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/2026
```

**ORDER**

22-CV-1989 (JPC) (HJR)
22-CV-3926 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' January 15, 2026 joint status report. ECF No. 107. In light of the request that the discovery deadline be extended or that discovery be stayed, a conference is scheduled on **January 23, 2026** at **11:30 a.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 917 811 343#).

**SO ORDERED.**

Dated: January 16, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge