USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZAIDA HICKS, *et al.*,

              Plaintiffs,

    -v-

L'OREAL U.S.A., INC., *et al.*,

           Defendants.

**ORDER**

22-CV-1989 (JPC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' joint status letter, ECF No. 117. The parties are directed to file a further joint status letter by **May 11, 2026**.

**SO ORDERED.**

Dated: March 12, 2026
      New York, New York

Henry J. Ricardo
United States Magistrate Judge

1