W E I T Z
&
L U X E N B E R G
A PROFESSIONAL CORPORATION
• LAW OFFICES •
700 BROADWAY • NEW YORK, NY 10003-9536
TEL. 212-558-5500 FAX 212-344-5461
WWW.WEITZLUX.COM

May 11, 2026

***Via ECF***

Honorable Henry J. Ricardo
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

***Re:*** ***Hicks v. L'Oreal USA, Inc.*****, No. 1:22-cv-01989-JPC**
**Joint Status Report**

Dear Judge Ricardo:

Pursuant to the Order of Court dated March 12, 2026, ECF No. 118, the parties provide the following joint report on the status of discovery.

**A. Status of Discovery**

2. Written Discovery and Document Production

The parties have continued to confer regarding the scope of Requests for Production and to produce documents on a rolling basis. On April 9, 2026, L'Oreal served its Second Requests for Production on Plaintiffs, and Plaintiffs' responses are due May 13, 2026.

3. Expert Discovery

The parties anticipate scheduling a conference to discuss the expert disclosure schedule in the near term.

4. Depositions

Defendant has taken the depositions of Plaintiffs Hicks, Vargas and Santiago. The parties are working to schedule the depositions of: (A) Plaintiffs Branton, Cauchi, Simmons, Spring and

Pinghera; (B) Plaintiffs' testing lab, Enalytic LLC and its President, Anthony Scala; (C) certain individual employees of Defendants; and (C) corporate representative(s) of Defendant.

**Request for limited extension of fact discovery**

While the parties have been working diligently to complete the remaining third-party discovery, party depositions, and document productions, the parties agree that a short extension of time is needed to complete these efforts. Therefore, the parties submit that good cause exists to extend the fact discovery period by 30 days and respectfully request that the court grant this brief extension. The parties do not anticipate the necessity of any further extensions of fact discovery.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

s/ James Bilsborrow

James Bilsborrow

cc: All counsel of record (via ECF)