UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZAIDA HICKS, et al.

Plaintiff,

v.

L'Oreal U.S.A., Inc. et al.,

Defendant.

Case No. 1:22-cv-01989-JPC-HJR

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs and Defendants that this action shall be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party bearing their own costs and attorneys' fees.

Respectfully submitted,

Dated: November 5, 2026

By: ______________________

Jason P. Sultzer, Esq.
**SULTZER & LIPARI, PLLC**
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Tel: (845) 483-7100
Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com

James Bilsborrow
**WEITZ & LUXENBURG, PC**
700 Broadway
New York, NY 10003
Tel: (212) 558-5500
jbilsborrow@weitzlux.com

*Attorneys for Plaintiffs*

Dated: November 5, 2026

By: ______________________

Justin D. Lewis
**GORDON REES SCULLY MANSUKHANI LLP**
101 West Broadway, Suite 2000
San Diego, CA 92101
Tel: (619)-696-6700
Fax: (619)-696-7124
jlewis@grsm.com

*Attorneys for Defendants*